AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Cossack Yc, et al.,

      Plaintiff,

V.

State of Nevada,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00104-CDS-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant State of Nevada, and against Plaintiffs Cossack Yc and Davon Leo Townsell, without Prejudice.
This matter is now closed.

5/16/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk